LAWRENCE G. BROWN
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
BRIAN J. MILLER
Certified Law Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. No. 08-312 GGH |
| ) | |
| Plaintiff, ) | GOVERNMENT'S PETITION FOR |
| ) | PROBATION REVOCATION AND ORDER |
| v. ) | |
| ) | DATE: October 27, 2009 |
| NOEMI E. RUELAS, ) | TIME: 9:00 a.m. |
| ) | JUDGE: Hon. Gregory G. Hallows |
| Defendant. ) | |
| ) | |

On October 22, 2008, the defendant pled guilty, pursuant to a plea agreement, to an Information charging him with Driving When Privilege Suspended and Revoked for Failure to Appear, in violation of Title 18, United States Code, Section 13 and California Vehicle Code Section 14601.1(a).  The defendant was given the following sentence by United States Magistrate Judge Gregory G. Hollows: The defendant shall serve a one-year term of court probation, to terminate upon fulfillment of the following conditions:

   1.       Pursuant to Title 18, United States Code, Section
            3563(b)(10), the defendant shall be committed to the
            custody of the Bureau of Prisons to serve a term of

1

1    ten (10) days confinement.  The defendant shall
2    contact the Bureau of Prisons at (916)930-2010 and
3    surrender to the institution designated by the Bureau
4    of Prisons.  If the Bureau of Prisons has not
5    designated an institution and surrender date, the
6    defendant shall self-surrender to the U.S. Marshal by
7    12:00 p.m. on December 1, 2008, to serve his sentence;
8  2.  The defendant shall pay a $550.00 fine, payable in
9    monthly installments of $50.00 until the fine is paid
10   in full.  The first payment shall commence on the date
11   of sentencing;
12 3.  The defendant shall pay a $10.00 special assessment,
13   payable forthwith;
14 4.  The defendant shall not commit another federal, state,
15   or local crime;
16 5.  The defendant shall notify the U.S. Attorney's Office
17   within seventy-two hours of being arrested; and,
18 6.  The defendant shall notify the U.S. Attorney's Office
19   ten days prior to any change in residence.
20      The United States alleges that the defendant has violated
21 these conditions as follows:
22 1.  The defendant has failed to make monthly payments
23   toward the imposed fine and special assessment.  No
24   payments have been remitted in this case. A balance of
25   $560.00 remains; and
26 ///
27 ///
28 ///

2

1     The United States therefore petitions the Court to place this
2 matter on its calendar for 9:00 a.m. on October 27, 2009, to allow
3 the defendant to show cause why the probation granted on October 22,
4 2008, should not be revoked.
5     I declare under penalty of perjury that the foregoing is true
6 and correct to the best of my knowledge.
7 DATED: October 20, 2009   Respectfully submitted,
8                                 LAWRENCE G. BROWN
                                United States Attorney
9
10                       By:   /s/ Heiko Coppola for:
                              MATTHEW C. STEGMAN
11                               Assistant U.S. Attorney
12
13
14
15                          ORDER
16     It is Hereby Ordered that the defendant appear on October 27,
17 2009, at 9:00 a.m., to show cause why the probation granted on
18 October 22, 2008, should not be revoked.
19 IT IS SO ORDERED.
20 Dated: October 20, 2009
21
/s/ Gregory G. Hollows
22
United States Magistrate Judge
23
24
25                         ruelas.ord
26
27
28

3