```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
BRIAN J. MILLER
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2810
```

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOEMI E. RUELAS, ) <br> ) <br> Defendant. ) <br> _____) | Mag. No. 08-312 GGH <br><br> GOVERNMENT'S MOTION TO DISMISS PETITION FOR PROBATION REVOCATION AND ORDER <br><br><br><br> JUDGE: Hon. Gregory G. Hollows |

The United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing the Petition for Probation Revocation, requests that

///
///
///
///
///
///
///
///
///

1

1 | the warrant be recalled.
2 | DATED: April 7, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney
3 |
4 |                                 By:  /s/ Matthew C. Stegman
                                         MATTHEW C. STEGMAN
5 |                                      Assistant U.S. Attorney
6 |                              ORDER
7 | IT IS SO ORDERED:
8 | DATED: April 9, 2010
9 |
10 |    /s/Gregory G. Hollows
    HON. GREGORY G. HOLLOWS
11 | United States Magistrate Judge
12 |
13 |
14 | ruelas.dsm
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

2